United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02072-MJC |
| Annette Louise Weaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 16, 2024     Form ID: ntsempas     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Louise Weaver, 16971 US Route 15, Allenwood, PA 17810-9187 |
| 5565912 | | Evangelical Community Hospital, PO Box 4885, Lancaster, PA 17604-4885 |
| 5565915 | | Milton Fire Department, Inc., PO Box 90, Danville, PA 17821-0090 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5565908 | | Email/Text: bankruptcy@cavps.com | Jan 16 2024 19:23:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5565909 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 16 2024 19:23:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 5565910 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2024 19:23:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5565911 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 16 2024 19:22:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5565913 | + | Email/Text: accountresearch@goodleap.com | Jan 16 2024 19:22:00 | GoodLeap, LLC, 8781 Sierra College Boulevard, Roseville, CA 95661-5920 |
| 5565916 | | Email/PDF: cbp@omf.com | Jan 16 2024 19:25:48 | OneMain Financial Group, LLC, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5565917 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2024 19:22:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5565918 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 19:25:43 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5565919 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2024 19:25:54 | Synchrony Bank / Mattress Firm, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5565914 | + | Email/Text: bknotification@loandepot.com | Jan 16 2024 19:23:00 | loanDepot.com, LLC, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor loanDepot.com LLC bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor loanDepot.com LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Annette Louise Weaver pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Annette Louise Weaver
aka Annette Louise Buck

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 4:23−bk−02072−MJC

Document Number: 33

Matter: Motion to Reimpose Automatic Stay

Annette Louise Weaver
**Movant(s)**

vs.

loanDepot.com, LLC
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 12, 2023.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 2/8/24** <br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **January 30, 2024**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 <br> 570−831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2024 |

ntsempas(05/18)